UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60440-CIV-ZLOCH

SUPAFLY ENTERTAINMENT, INC.,
d/b/a SUPAFLY MUSIC, INC.,

      Plaintiff,

vs.

                                **DEFAULT FINAL JUDGMENT
AND PERMANENT INJUNCTION
AS TO DEFENDANT IM MUSIC, INC.**

IM MUSIC, INC., LONDELL SMITH,
and MARGO SIMMS,

      Defendants.

_____/

THIS MATTER is before the Court upon Plaintiff's Motion For Default Final Judgment Against Defendant IM Music, Inc. (DE 11), which the Court construes as a Motion For Default Final Judgment And Permanent Injunction. Defendant IM Music, Inc. was duly served with a copy of the Summons and Complaint filed herein on April 1, 2008. DE 3. Said Defendant failed to file an appropriate motion or responsive pleading within the time prescribed by law, and the Clerk of the United States District Court for the Southern District of Florida entered a Clerk's Default (DE 11) against it on May 2, 2008. Thereafter, the Court adopted the Clerk's Default and directed Plaintiff to file the instant Motion. DE 8. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court has personal jurisdiction over the Parties hereto and the subject matter herein;

2. Plaintiff's Motion For Default Final Judgment Against Defendant IM Music, Inc. (DE 11), which the Court construes as a Motion For Default Final Judgment And Permanent Injunction, be and the same is hereby **GRANTED**;

3. Pursuant to Federal Rules of Civil Procedure 55 and 58, Default Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Supafly Entertainment, Inc. d/b/a Supafly Music, Inc. and against Defendant IM Music, Inc.;

4. Plaintiff Supafly Entertainment, Inc. d/b/a Supafly Music, Inc. does have and recover from Defendant IM Music, Inc. the amount of $581,358.42 in actual damages together with interest thereon from the date of this Default Final Judgment And Permanent Injunction at the rate of 2.07% per annum, for all of which let execution issue;

5. Plaintiff Supafly Entertainment, Inc. d/b/a Supafly Music, Inc. does have and recover from Defendant IM Music, Inc. the amount of $600,000.00 in statutory damages, pursuant to 17 U.S.C. § 504(c)(2), together with interest thereon from the date of this Default Final Judgment And Permanent Injunction at the rate of 2.07% per annum, for all of which let execution issue;

6. Defendant IM Music, Inc. is hereby permanently **ENJOINED** from directly or indirectly infringing upon Plaintiff Supafly Entertainment, Inc. d/b/a Supafly Music, Inc.'s rights under

2

federal law in the following copyrighted sound recordings:

    A.  "I'm On One" by the artist Test Drive (SRu0000868892);

    B.  "Love Rain" by the artist Test Drive (SRu0000868895);

    C.  "Supafine" by the artist Test Drive (SRu0000868890);

    D.  "Karma" by the artist Test Drive (SRu0000868887);

    E. "Ordinary Girl" by the artist Test Drive (SRu0000868891);

    F. "Runaway Girl" by the artist Test Drive (SRu0000868894);

    G.   "Test Drive Me Crazy" by the artist Test Drive (SRu0000868888);

    H. "Body Shots" by the artist Test Drive (SRu000868893);

and in any other sound recordings, whether now in existence or later created, that are owned or controlled by Plaintiff (or any parent, subsidiary, or affiliate record label of Plaintiff) for which Supafly Entertainment Inc. d/b/a Supafly Music, Inc. will own the copyrights under paragraphs 4,6,9,10 and 14 of the Joint Venture Agreement Memorandum (DE 1, Ex. A); and

    6. The Court shall entertain a separate Motion For Attorney's Fees by Plaintiff that conforms with the dictates with Local Rule 7.3(B).

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   29th   day of May, 2008.


WILLIAM J. ZLOCH
United States District Judge


Copies furnished to:

All Counsel of Record